UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO. 0:15-cv-61141-KMW

CHARLES AYALA,

    Plaintiff,

v.

WAL-MART STORES EAST, L.P.,

    Defendant.

_____/

## NOTICE OF APPEARANCE

EVAN R. KRAKOWER, P.A., as undersigned counsel for Plaintiff, CHARLES AYALA, files this Notice of Appearance as co-counsel and requests that all further pleadings and correspondence also be directed to the undersigned.

    **Evan R. Krakower, Esq.**
    Evan R. Krakower, P.A.
    10061 NE 1st Court
    Plantation, FL 33324
    Telephone: 954-474-4244
    Facsimile: 954-474-4245
    Email: evanrkrakowerpa@yahoo.com
    *Co-Counsel for Plaintiff*

    EVAN R. KRAKOWER, ESQ.
    F.B.N.: 312894

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

EVAN R. KRAKOWER, ESQ.

## SERVICE LIST

Linda Noël, Esq.
Florida Bar No. 0659606
E-mail: lnoel@littler.com
Jonathan A. Beckerman, Esq.
Florida Bar No. 0568252
E-mail: jabeckerman@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, FL 33131
Tel: (305) 400-7500
Fax: (305) 603-2552
*Counsel for Defendant*

Chad E. Levy, Esq.
Florida Bar No. 0851701
Email: chad@levylevylaw.com
Law Offices of Levy & Levy, P.A.
915 Middle River Drive, Suite 518
Ft. Lauderdale, Florida 33304
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Service: assistant@levylevylaw.com
*Co-Counsel for Plaintiff*

2