UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO. 0:15-cv-61141-KMW

CHARLES AYALA,

    Plaintiff,

v.

WAL-MART STORES EAST, L.P.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, CHARLES AYALA, hereby submits this Notice of Settlement with Defendant, WAL-MART STORES EAST, L.P., and anticipates having the settlement papers completed and dismissal stipulation filed with the Court within thirty (30) days.

    Respectfully submitted,

    Law Offices of Levy & Levy, P.A.
    915 Middle River Drive, #518
    Fort Lauderdale, Florida 33304
    Telephone: (954) 763-5722
    Facsimile: (954) 763-5723
    Email: chad@levylevylaw.com
    Service Email: assistant@levylevylaw.com
    *Counsel for Plaintiff*

    */s/ Chad Levy*
    CHAD E. LEVY, ESQ.
    F.B.N.: 0851701

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ *Chad E. Levy*_____
CHAD E. LEVY

## SERVICE LIST

Linda Noël, Esq.
Florida Bar No. 0659606
lnoel@littler.com
Jonathan A. Beckerman, Esq.
Florida Bar No. 0568252
jabeckerman@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, FL 33131
Tel: (305) 400-7500
Fax: (305) 603-2552
*Counsel for Defendant*

Evan R. Krakower, Esq.
Florida Bar No. 312894
Evan R. Krakower, P.A.
10061 NE 1st Court
Plantation, FL 33324
Telephone: 954-474-4244
Facsimile: 954-474-4245
evanrkrakowerpa@yahoo.com
*Co-Counsel for Plaintiff*

Diane P. Perez, Esq.
Florida Bar No. 41869
*diane@dianeperezlaw.com*
DIANE PEREZ, P.A.
201 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone: (305) 985-5676
Facsimile: (305) 985-5677
*Co-Counsel for Plaintiff*